```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ERROL RUDMAN, et al.,

                            Plaintiffs,

            -against-                                      15-cv-3773 (LAK)
                                                         and consolidated case

CHC GROUP LTD., et al.,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/17

### ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiffs' motion for final approval of the proposed class action settlement and plan of allocation [DI 68] is granted. Judgment will enter upon resolution of plaintiffs' motion for attorneys' fees.

      SO ORDERED.

Dated:    October 2, 2017

_____
Lewis A. Kaplan
United States District Judge